**Opinion issued December 12, 2023**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-23-00545-CV

_____

**TURRON WASHINGTON, Appellant**

**V.**

**LATRINA  ISAAC, Appellee**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-70071**

---

### MEMORANDUM OPINION

Appellant is attempting to appeal from a divorce decree signed on November 18, 2013.  Appellant filed a notice of appeal on July 25, 2023.

A notice of appeal is generally required to be filed within 30 days after the judgment is signed.  *See* TEX. R. APP. P. 26.1.  This 30-day deadline may be extended

to 90 days after the judgment is signed if appellant files a timely motion for new trial or other post-judgment motion. *See* TEX. R. APP. P. 26.1(a). The appellate court may also extend the time to file the notice of appeal if, within 15 days after the deadline for filing it, appellant files the notice of appeal in the trial court and files a motion for extension of time in the appellate court. *See* TEX. R. APP. P. 26.3.

In this case, appellant did not file a notice of appeal until more than ten years after the judgment was signed. Therefore, the notice of appeal is untimely. Absent a timely-filed notice of appeal, this Court lacks jurisdiction over the appeal. *See In the Interest of K.A.F., A Child*, 160 S.W.3d 923, 927–28 (Tex. 2005).

On August 17, 2023, the Court issued a notice that the appeal might be dismissed for want of jurisdiction unless appellant filed a response establishing that this Court had jurisdiction. Appellant filed no response.

Accordingly, the Court dismisses this appeal for lack of jurisdiction. Any pending motions are dismissed as moot.

## PER CURIAM

Panel consists of Justices Kelly, Hightower, and Guerra.